# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VICTOR DONTAVIOUS
STALLWORTH,

    Plaintiff,

v.                                        CASE NO. 5:17cv306-MCR-GRJ

WILKINS, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 2, 2018, recommending that this case should be dismissed for failure to state a claim and for failure to comply with a Court order. ECF No. 17. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   This case is dismissed without prejudice for failure to state a claim and for failure to comply with a Court order.

3.   The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of May 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**