UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR DONTAVIOUS STALLWORTH,

     Plaintiff,

v.                              Case No. 5:17cv306/MCR/GRJ

CAPT WILLIAMS, et al.,

     Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 13, 2021 (ECF No. 100).   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 100) is adopted and incorporated by reference in this order.

2.      Defendants' Motion to Dismiss, ECF No. 91, is **DENIED** without

prejudice.

**DONE AND ORDERED** this 16th day of October 2021.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**