IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR DONTAVIOUS
STALLWORTH,

    Plaintiff,

v.                                    CASE NO. 5:17cv306-MCR-GRJ

CAPTAIN WILLIAMS, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Second Report and Recommendation dated July 29, 2022. ECF No. 136. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely-filed objections. The Magistrate Judge concluded he was unable to make the findings necessary on this issue of exhaustion of administrative remedies on the record because the Defendants had failed to meet their burden, and the question could not be resolved without further discovery.

Having considered the Second Report and Recommendation, and any objections thereto timely filed, I have determined that the Second Report and Recommendation should be adopted, and the motion to dismiss should be denied

without prejudice to raising the issue on a fully developed summary judgment record.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Second Report and Recommendation, ECF No. 136, is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Dismiss, ECF. No.131, is **DENIED** without prejudice to renewal.

3. The pending motions for a ruling, ECF Nos. 14 and 141, are **MOOT**.

4. The case is referred back to the assigned Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 23rd day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**