UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR DONTAVIOUS STALLWORTH,

    Plaintiff,

v.                                      Case No.  5:17-cv-306-MCR/MJF

BILLINGSLEY, *et al.*,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 10, 2024. (ECF No. 174).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Regina Cox's Motion to Dismiss, ECF No. 170, is **GRANTED**.

3. Plaintiff's claims against Defendant Regina Cox are **DISMISSED** for failure to exhaust his administrative remedies.

4. The clerk of the court shall terminate Regina Cox as a defendant in this action.

**DONE AND ORDERED** this 14th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**