UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR DONTAVIOUS STALLWORTH,

    Plaintiff,

v.                                  Case No.  5:17-cv-306-MCR/MJF

BILLINGSLEY, *et al.*,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Second Report and Recommendation dated February 28, 2024.  (ECF No. 183).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants Williams and Billingsley's Motion for Summary Judgment, ECF No. 152, is **GRANTED**.

3.      Plaintiff's claims against Defendants Williams and Billingsley are **DISMISSED** for failure to exhaust his administrative remedies.

4.      The clerk of the court shall enter judgment in accordance with this order and close the case file.

**DONE AND ORDERED** this 28th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**